1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO JIMENEZ LUPERCIO aka EDUARDO JIMENEZ and ISAMEL LOPEZ CABRERA, <br><br> Plaintiffs, <br><br> v. <br><br><br> FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, <br><br> Defendant. | CASE NO : CV 21-8084-DMG (Ex) <br><br><br> **ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [36]** |

Pursuant to the parties' Joint Stipulation for dismissal of action, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

DATED:  September 6, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-